AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi ▾

| | |
|---|---|
| Phyllis Thompson <br><br> *Plaintiff(s)* <br> v. <br> VCP COVINGTON PARK I, LLC    *Et al* <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:22-cv-000399-DPJ-FKb

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> VCP Covington Park I, LLC
> 2110 Powers Ferry Road, Suite 150, Atlanta, Georgia 30339
> Registered Agent:
> Trace McCreary, 100 Covington Park Drive, Attn: Office, Jackson, Mississippi 39212.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Tiffany Horton-Williams
> P.O. Box 720653
> Byram, MS 39272
> whose physical address: 6791 S Siwell Rd, Suite D Byram, MS 39272

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 7/14/22

_E Mosey_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▾

| | |
|---|---|
| Phyllis Thompson | ) )  ) )  ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| VCP MANAGER, LLC   *E+ al* | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:22-cv-000399-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VCP MANAGER, LLC
Trace McCreary, 100 Covington Park Drive, Attn: Office, Jackson, Mississippi 39212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Horton-Williams
P.O. Box 720653
Byram, MS 39272
whose physical address: 6791 S Siwell Rd, Suite D Byram, MS 39272

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 7/14/22

*E. Mosey*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi ▼

| | |
|---|---|
| Phyllis Thompson ) ) ) ) ) | |
| _____Plaintiff(s)_____ ) ) v. ) FORTIS PROPERTY MANAGEMENT, LLC  *Et al* ) ) ) ) ) | Civil Action No. 3:22-cv-000399-DPJ-FKB |
| _____Defendant(s)_____ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> FORTIS PROPERTY MANAGEMENT, LLC
> 2110 Powers Ferry Road, Atlanta, Georgia 30339.  Defendant Fortis may be served
> with process through its registered agent, Paracorp Incorporated, 248 East Capitol
> Street, Suite 840, Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Tiffany Horton-Williams
> P.O. Box 720653
> Byram, MS 39272
> whose physical address: 6791 S Siwell Rd, Suite D Byram, MS 39272

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 7/14/22

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi ▼

| | | |
|---|---|---|
| Phyllis Thompson | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-000399-DPJ-FKB |
| TRACE MCCREARY  *Et al* | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TRACE MCCREARY
> Paracorp Incorporated, 248 East Capitol Street, Suite 840, Jackson, Mississippi 39201.
> Additionally, this party may be served in the individual capacity where she may be found.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Tiffany Horton-Williams
> P.O. Box 720653
> Byram, MS 39272
> whose physical address: 6791 S Siwell Rd, Suite D Byram, MS 39272

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 7/14/22

*Signature of Clerk or Deputy Clerk*