**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| PHYLLIS THOMPSON | ) | PLAINTIFF |
| | ) | |
| V. | ) CIVIL ACTION NO. 3:22-cv-00399-DPJ-FKB | |
| | ) | |
| VCP COVINGTON PARK I, LLC; VCP MANAGER, LLC; FORTIS PROPERTY MANAGEMENT, LLC; TRACE MCCREARY, in her individual and official capacity; and JOHN DOES 1 -10 | ) ) ) ) ) | |
| | ) | DEFENDANTS |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause having before the Court on the joint *ore tenus* motion of Plaintiff PHYLLIS THOMPSON and Defendants VCP COVINGTON PARK I, LLC; VCP MANAGER, LLC; FORTIS PROPERTY MANAGEMENT, LLC; and TRACE MCCREARY, individually and in official capacity (collectively, the "Parties"), and the Parties having reached an agreed settlement in full and final resolution of this matter. The Court being fully advised in the premises, and being advised of the Parties' agreement to the relief requested finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff PHYLLIS THOMPSON's Complaint and claims against Defendants VCP COVINGTON PARK I, LLC; VCP MANAGER, LLC; FORTIS PROPERTY MANAGEMENT, LLC; and TRACE MCCREARY, individually and in official capacity, as more fully set out in the Complaint, shall be and hereby are fully and finally DISCHARGED and DISMISSED WITH PREJUDICE in their entirety.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that each party shall bear their own respective costs and fees.

**SO ORDERED AND ADJUDGED** this the 24th day of October, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

/s/ *F. Todd Weston*
F. Todd Weston
Mississippi Bar No. 105781

/s/ *Shauncey Hunter Ridgeway*
Shauncey Hunter Ridgeway
Mississippi Bar No. 105189

*Attorneys for Defendants*

**OF COUNSEL:**
**CHRISTIAN & SMALL LLP**

505 North 20th Street, Suite 1800
Birmingham, AL 35203
(205) 795-6588
ftweston@csattorneys.com

603 Duling Avenue, Suite 204
Jackson, MS 39216
(601) 427-4050
shridgeway@csattorneys.com

AGREED TO AND APPROVED FOR ENTRY BY:

*/s/ Tiffany Horton-Williams*
Tiffany Horton-Williams, MSB No. 105269
Horton-Williams Law Firm
P.O. Box 59594
Jackson, MS 39284
attyhortonwilliams@gmail.com

*Attorney for Plaintiff*